UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25872-KMM

ALBION BRAND FOUNDRY LTD,

    Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

    Defendants.
_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, ALBION BRAND FOUNDRY LTD, by and through its undersigned counsel, and Pursuant to Federal Rule of Civil Procedure 7.1, affirms that it has no subsidiaries, conglomerates, affiliates, parent corporations, or publicly held corporations owning 10% or more of its stock.

DATED: December 16, 2025.	Respectfully submitted,

    /s/ Andrew Palmer
    Andrew J. Palmer
    Palmer Law Group, P.A.
    401 E Las Olas Blvd, Suite 1400
    Fort Lauderdale, FL 33301
    Phone: 954-771-7050
    ajpalmer@palmerlawgroup.com
    *Attorney for Plaintiff*