UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25872-KMM

ALBION BRAND FOUNDRY LTD,

        *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        *Defendants*.

_____/

**CERTIFICATION REGARDING PRIOR SUITS**

I, Andrew J. Palmer, declare and state as follows:

1. I am an attorney duly admitted to practice before this District Court. I am over 18 years of age. This certification regarding prior suits is based upon my personal knowledge of the facts stated herein. If called as a witness, I could and would testify to the statements made herein.

2. I have conducted a nationwide search on the Public Access to Court Electronic Records (PACER) to determine whether any Defendant identified on Schedule A had ever been sued by Plaintiff prior to the filing of this suit for alleged violations of Plaintiff's intellectual property rights.

3. Based on my search and Plaintiff's filing records, Plaintiff previously instituted an action involving Defendant No. 8, HuTiTianKe, in FLSD Case No. 25-cv-24325, *Albion Brand Foundry Ltd. v. The Partnerships, Unincorporated Associations Identified on Schedule A*, alleging infringement of the trademark "XIRQI" in connection with dental products and related items.

4. However, in this prior case, Plaintiff alleged infringement of trademark ("XIRQI") by the involved Defendant, relating to infringing different infringing products. Case No. 25-cv-24325 is

currently pending. That case does not involve any claims related to the current matter at issue here, which is the "BESTSKY" mark for holiday ornaments and decorative accessories, and related products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 6, 2026.                              Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
***Attorney for Plaintiff***