# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25872-KMM

ALBION BRAND FOUNDRY LTD,

       *Plaintiff*,

 v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

       *Defendants*.

_____/

**DECLARATION OF WEI ZHANG**

I, WEI Zhang, declare as follows:

1. I am a resident of China and have extensive experience in the e-commerce business, working with both domestic and international sellers. Over the years, I have developed a solid understanding of the logistics, registration, and address systems used in e-commerce transactions, particularly in relation to sellers who operate both locally within China and internationally.

2. In connection with this matter, I have conducted a diligent search to verify the phone number and physical addresses provided by Defendants, as registered with Walmart. My investigation involved reviewing the provided phone numbers and physical addresses, placing phone calls, translating the addresses as accurately as possible, and attempting to cross-reference the addresses with local resources in China. I have used a combination of online tools, physical address databases, and direct contact with building management offices to assess the legitimacy of the addresses listed for the Defendants.

1

3. Specifically, I investigated the phone number and addresses for each Defendant as follows:

| Def. # | Seller Aliases | Defendants' Phone numbers and addresses registered with Walmart |
|---|---|---|
| 1 | Ocean love | (+86)13051411211<br>anhuishenghefeishiyaohaiquhongguangjiedaocongyangluxianjuyuan3haolou603shi hefeishi, AH 230000, CN |
| | | **_Phone Verification:_** The phone number appears valid; however, calls placed to this number went unanswered.<br>**_Address Verification_**: This is not a valid address, as it contains no separation, making it impossible to interpret the address accurately. |
| 2 | SuperJO Mart | (+86)15013575360<br>tianhequhanjinglu1hao guangzhoushi, GD 510630, CN |
| | | **_Phone Verification:_** The phone number appears valid; however, calls placed to this number confirmed this number was not in service.<br>**_Address Verification_**: This is not a valid address, as it contains no separation, making it impossible to interpret the address accurately. |
| 3 | Good One Day Co. ltd | (+86)15877353517<br>Tangyanlu yu kejilujiaohuichu wangzuoguojichengBzuo2003shi xianshi, SN 710075, CN |
| | | **_Phone Verification:_** The phone number appears valid; however, calls placed to this number confirmed this number was not in service.<br>**_Address Verification_**: The address is improperly formatted and phonetically translated, making it impossible to interpret the address accurately. |
| 4 | LAI HUA Shop | (+86)17748668770<br>panyuquzhongcunjiebeigudajie2hao2576 guangzhoushi, GD 511400, CN |
| | | **_Phone Verification:_** The phone number appears valid; however, calls placed to this number confirmed this number was not in service.<br>**_Address Verification_**: This is an invalid address, as it contains no separation, making it impossible to interpret the address accurately. |
| 5 | Raoguiyun clothing | (+86)18871438642<br>wuhandonghuxinjishukaifaquguanggudadao58hao wuhan, HB 430000, CN |
| | | **_Phone Verification:_** The phone number appears valid; however, calls placed to this number went unanswered.<br>**_Address Verification_**: The address is improperly formatted and phonetically translated, making it impossible to interpret the address accurately. |
| 6 | Washin | (+86)19709771734<br>tianhequxintangdajie3hao6dong405fangA177 guangzhoushi, GD 510000, CN |
| | | **_Phone Verification:_** The phone number appears valid; however, calls placed to this number went unanswered.<br>**_Address Verification_**: The address is improperly formatted and phonetically translated, making it impossible to interpret the address accurately. |
| 7 | zenric | (+86)18078549391<br>tianhequyanlinglu200haoyilou101shiT030 guangzhoushi, GD 510000, CN |
| | | **_Phone Verification:_** The phone number appears valid; however, calls placed to this number confirmed this number was not in service. |

| | | |
|---|---|---|
| | | ***Address Verification***: This is an invalid address, as it contains no separation, making it impossible to interpret the address accurately. |
| 8 | HuTiTianKe | (+86)18664570932 TIANHEQUHUANGCUNSANLIANLU2OHAOA2CENG388 GUANGZHOUSHI, GD 510000, CN |
| | | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number confirmed this number was not in service. ***Address Verification***: The address is improperly formatted and phonetically translated, making it impossible to interpret the address accurately. |
| 9 | YYIWEN | (+86)18138285649 jianghanquhouxiangheCdikuai3dong2danyuanshequyongfangyiceng-F060 wuhanshi, HB 430021, CN |
| | | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number went unanswered. ***Address Verification***: This is an invalid address, as it contains no separation, making it impossible to interpret the address accurately. |
| 10 | Grassland | (+86)13008847730 xiangchengshituanjieluxinyuanxincheng8haolou1danyuan402 zhoukoushi, HA 466000, CN |
| | | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number confirmed this number was not in service. ***Address Verification***: The address is improperly formatted and phonetically translated, making it impossible to interpret the address accurately. |
| 11 | I Fly Freely | (+86)13051411211 xiangchengshihubinluyijiaxincheng10haolou2danyuan501 zhoukou, HA 466000, CN |
| | | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number went unanswered. ***Address Verification***: This is an invalid address, as it contains no separation, making it impossible to interpret the address accurately. |
| 12 | Love sunshine | (+86)18636524862 Hunanshengzhuzhoushishifengquqingshuitangjiedaohualongshequsanqiutianzonghelou C102hao zhuzhoushi, HN 412000, CN |
| | | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number confirmed this number was not in service. ***Address Verification***: The address is improperly formatted and phonetically translated, making it impossible to interpret the address accurately. |
| 13 | Lingna | (+86)18198915946 guangzhoushibaiyunquzengchalu54hao8louD153shi guangzhoushi, GD 510000, CN |
| | | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number went unanswered. ***Address Verification***: This is an invalid address, as it contains no separation, making it impossible to interpret the address accurately |
| 14 | YUnxia | (+86)19874222382 tianhequzhongshandadaojiangonglu9-11hao2lou212hao0390fang guangzhoushi, GD 510000, CN |

|    |       |                                                                                                                                                                                                                                                                                     |
|----|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |       | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number confirmed this number was not in service. <br> ***Address Verification***: The address is improperly formatted and phonetically translated, making it impossible to interpret the address accurately. |
| 15 | Xswqe | (+86)19103002187 <br> tianhequzhongshandadaojiangonglu9-11hao2lou212hao0510 guangzhoushi, GD 510000, CN                                                                                                                                                                               |
|    |       | ***Phone Verification:*** The phone number appears valid; however, calls placed to this number went unanswered. <br> ***Address Verification***: This is an invalid address, as it contains no separation, making it impossible to interpret the address accurately.                 |

4. Based on my understanding and investigation, I have concluded that the phone numbers provided for the Defendants are highly problematic. Most of the phone numbers appear to be valid, but calls placed to these numbers went unanswered or were not in service.

5. Additionally, the addresses provided for the Defendants are equally problematic. Specifically, the addresses are often poorly formatted or lack proper separation between key components, making them difficult or impossible to interpret accurately. Many of the addresses appear to be phonetically translated or written in a way that does not adhere to standard Chinese address formatting.

6. Given my experience in e-commerce logistics and business identity verification, I conclude that none of the addresses provided for the Defendants can be used for service in China. The addresses are false, incomplete or phonetically translated with no separation, making them unserviceable through standard address verification methods.

7. Therefore, based on my findings and investigation, I confirm that none of the provided phone numbers or addresses for the Defendants can be used to effectuate service in China.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Shanghai, China
January 6, 2026.

_____
WEI ZHANG

5